# UNITED STATES DISTRICT COURT
for the
District of Arizona

DO/A
9/29/16

| | |
|---|---|
| United States of America<br>v.<br>Gustavo Adolfo Hernandez-Gomez,<br>a.k.a.: Gustavo Hernandez-Gomez,<br>(A 200 603 194)<br>*Defendant* | )<br>)<br>) Case No. 16-7381MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 29, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gustavo Adolfo Hernandez-Gomez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on or about May 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
Complainant's signature

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 3, 2016                               _____
                                                                           Judge's signature

                                                                           Bridget S. Bade,
City and state: Phoenix, Arizona                    United States Magistrate Judge
                                                                           *Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 29, 2016, Gustavo Adolfo Hernandez-Gomez was booked into the Maricopa County Jail (MCJ) intake facility by the Tempe Police Department on local charges. While incarcerated at the MCJ, Hernandez-Gomez was examined by ICE Officer A. Nordstrom who determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 29, 2016, Hernandez-Gomez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Hernandez-Gomez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gustavo Adolfo Hernandez-Gomez to be a citizen of Guatemala and a previously deported criminal alien. Hernandez-Gomez was removed from the United States to Guatemala through Mesa, Arizona, on or about May 15, 2015, pursuant to an order of removal issued by an immigration judge. There

is no record of Hernandez-Gomez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez-Gomez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gustavo Adolfo Hernandez-Gomez was convicted of Criminal Possession of a Forgery Device, a felony offense, on August 22, 2014, in the Superior Court of Arizona, Maricopa County. Hernandez-Gomez was sentenced to two (2) years' probation. Hernandez-Gomez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 29, 2016, Gustavo Adolfo Hernandez-Gomez was advised of his constitutional rights. Hernandez-Gomez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2016, Gustavo Adolfo Hernandez-Gomez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on or about May 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

3

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge